AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Glenda R. Lyvers | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    2:10-cv-01348-MBS |
| Commissioner of the Social Security Administration | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■    other: It is ordered and adjudged that the Court accepts the Report and Recommendation of Magistrate Judge
Hendricks. The decision of the Commissioner is affirmed.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge

Date:    September 28, 2011                               *CLERK OF COURT*


                                                         s/ John P. Bryan, Jr.
                                            _____
                                                *Signature of Clerk or Deputy Clerk*